BEFORE THE SECOND DIVISION, JANUARY 18, 1967

**No. P67/23.**—Cragstan Corporation et al. *v.* United States, protests 59/28542, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of bicycle horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), and that the items of merchandise marked "B" covered by the foregoing protests consist of bicycle horns similar in all material respects to those the subject of *G. Joannou Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claims of the plaintiffs were sustained.

BEFORE THE FIRST DIVISION, JANUARY 26, 1967

**No. P67/24.**—Shelby Williams Industries, Inc. *v.* United States, protest 65/16622–15033 (Chicago).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of chairs similar in all material respects to those the subject of *Shelby Williams Manufacturing, Inc.* v. *United States* (55 Cust. Ct. 232, C.D. 2581), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 30, 1967

**No. P67/25.**—Irving W. Rice & Co., Inc. *v.* United States, protests 63/20775 and 64/688 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of atomizers similar in all material respects to those the subject of *Lanvin Parfums, Inc.* v. *United States* (54 Cust. Ct. 273, C.D. 2543), the claim of the plaintiff was sustained.